# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>Matthew Swanson<br><br>　　　　Defendant(s). | PLACEHOLDER FOR<br><br>Sealed Plea Supplement<br><br>*(Title of Pleading)*<br><br>Case Number: 20-42 Erie |

**THIS PLACEHOLDER IS TO BE USED TO FILE HIGHLY SENSITIVE DOCUMENTS (HSDs) IN CRIMINAL CASES**
**FOR USE BY THE UNITED STATES ATTORNEY'S OFFICE ONLY**

*Refer to 2:21-mc-50 for the Standing Order on Highly Sensitive Documents (HSDs) and instructions for filing.*

**REASON THAT THE DOCUMENT IS CONSIDERED HIGHLY SENSITIVE:**

○ national security
○ foreign sovereign interests
○ cybersecurity and cybercrimes
○ particularly strong domestic or international interests
○ the reputational interests of the United States
○ the integrity and functioning of governmental operations
○ law-enforcement investigations or intelligence-gathering operations concerning the foregoing
● plea or sentencing supplements
○ Order of Court dated _____, ECF No. _____

**DECLARATION OF FILER:**
I certify under FedRCvP 11 that, to the best of my knowledge, information, and belief, the document falls within the category indicated above.

*/s/ [signature]*
*(Signature of Filer)*

**SIGNATURE OF SUPERVISING ATTORNEY:**
**APPROVED BY:**
*/s/ [signature]*

Branch Chief, Erie

---

IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS